WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-850—)

CHARLES L. MCKINNEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 14, 1974.*

CHARLES L. MCKINNEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-884—)

OHIO CASUALTY GROUP, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 14, 1974.*

OHIO CASUALTY GROUP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.